IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEFFREY HAYDEN,

        Plaintiff,

vs.                                    Civil Action 2:14-cv-1912
                                        Judge Sargus
                                        Magistrate Judge King
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

### ORDER

On February 23, 2015, the United States Magistrate Judge recommended that this action be dismissed for failure to prosecute. *Report and Recommendation*, ECF 11. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 11, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

 

\_\_3-24-2015\_\_                                                               /s/ Edmund A. Sargus, Jr.
    Date                                                                   Edmund A. Sargus, Jr.
                                                                       United States District Judge