AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JEFFREY HAYDEN,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.   2:14-CV-1912**

**COMMISSIONER OF**         **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**         **MAGISTRATE JUDGE NORAH MCCANN KING**
        **Defendant.**

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed March 24, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:   March 24, 2015         RICHARD W. NAGEL, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk